FILED

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

01 JUL 11 PM 3: 37

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

PHILLIP T. BREUER,

      Plaintiff,                      CASE NO. 3:01-CV-763-J-21TJC

v.

JIM'S CONCRETE OF BREVARD, INC.,

      Defendant.

_____/

## DEFENDANT'S ANSWER AND DEFENSES TO COMPLAINT

Defendant, JIM'S CONCRETE OF BREVARD, INC., answers Plaintiff's Complaint as follows:

1. Defendant denies the allegations of paragraph 1 of the Complaint.

2. Defendant admits that Plaintiff has attempted to state a cause of action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*, as amended, but denies that Plaintiff is entitled to the relief he is seeking under the FLSA.

3. Defendant admits that the United States District Court for the Middle District of Florida has jurisdiction to hear this matter.

4. Defendant is without sufficient knowledge to admit the truth of the allegations in paragraph 4 of the Complaint, and they are therefore denied.

5. Defendant admits it is an employer subject to the FLSA. Defendant denies the remaining allegations of paragraph 5 of the Complaint.



6. Defendant admits employing Plaintiff in Duval County, Florida. Defendant denies the remaining allegations of paragraph 6 of the Complaint.

7. Defendant admits employing Plaintiff as a mini-excavation machine operator. Defendant denies the remaining allegations of paragraph 7 of the Complaint.

8. Defendant admits the allegations of paragraph 8 of the Complaint.

9. Defendant admits that from time to time Plaintiff worked in excess of forty (40) hours during a given work week. Defendant denies the remaining allegations of paragraph 9 of the Complaint.

10. Defendant denies the allegations of paragraph 10 of the Complaint.

11. Defendant denies the allegations of paragraph 11 of the Complaint.

12. Defendant denies the allegations of paragraph 12 of the Complaint.

13. Defendant admits that Plaintiff operated an excavation machine, and that Plaintiff both worked alone and supervised other employees. Defendant denies the remaining allegations of paragraph 13 of the Complaint.

14. Defendant admits that Plaintiff supervised the job, operated an excavation machine and performed manual labor when required. Defendant denies the remaining allegations of paragraph 14 of the Complaint.

15. Defendant denies the allegations of paragraph 15 of the Complaint.

16. Defendant denies the allegations of paragraph 16 of the Complaint.

17. Defendant denies the allegations of paragraph 17 of the Complaint.

18. Defendant denies the allegations of paragraph 18 of the Complaint.

19. Defendant denies the allegations of paragraph 19 of the Complaint.

20. Defendant is without sufficient knowledge to admit the truth of the allegations in paragraph 20 of the Complaint, and they are therefore denied.

## DEFENSES

21. **First Defense.** Plaintiff has failed to state a cause of action against Defendant.

22. **Second Defense.** At all times relevant to this action, Defendant acted in good faith and had reasonable grounds to believe its conduct did not violate the FLSA.

23. **Third Defense.** Defendant did not willfully or intentionally deprive Plaintiff of any overtime pay.

24. **Fourth Defense.** Plaintiff's claims are barred in whole or in part by the equitable doctrines of waiver and estoppel.

25. **Fifth Defense.** Defendant reserves the right to raise additional defenses that arise during discovery.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Donald E. Pinaud, Jr., 4069 Atlantic Blvd., Jacksonville, Florida 32207, by U.S. Mail this 11 day of July, 2001.

HOLLAND & KNIGHT LLP

By: _____
Andrew S. Hament, Esquire
Florida Bar No. 325279
1499 S. Harbor City Blvd., Suite 201
Melbourne, Florida 32901
(321) 951-1776 (Telephone)
(321) 951-1849 (Facsimile)

and

Gregory Williamson, Esquire
Florida Bar No. 0092990
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
(904)353-2000 (Telephone)
(904)358-1872 (Facsimile)

Attorneys for Defendant,
Jim's Concrete of Brevard, Inc.

JAX1 #615446 v1