IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

005

01 DEC 11 AM 8:40

CLERK, U.S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**PHILLIP T. BREUER**

    Plaintiff,

CASE NO.: 3:01-CV-763-J-21TJC

v.

**JIM'S CONCRETE OF BREVARD, INC.,**

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO COURT ORDERED STANDARD INTERROGATORIES**

Plaintiff, Phillip T. Breuer, by and through the undersigned attorneys, hereby responds to the Court's ordered standard interrogatories as follows:

| | |
|---|---|
| Interrogatory 1. | Plaintiff contends that this Court does not have jurisdiction over this cause as it was commenced in state court and Defendant's removal to this Court was improper. Plaintiff has filed a motion for remand appropriately. This action is based on the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, (the "FLSA") but FLSA actions commenced in state court are not removable to federal court. |
| Interrogatory 2. | Plaintiff's damages consist of unpaid wages and overtime wages going back for a period of three years from the date this action was commenced in state court, plus an amount equal to this total amount as liquidated damages, and/or prejudgement interest on the amount due and unpaid, plus attorney's |

24

fees. The acts of Defendant which give rise to Plaintiff's damages are that Defendant, for three years, intentionally and willfully failed to pay Plaintiff for all hours he worked in excess of forty (40) per workweek, when Defendant knew that Plaintiff was not exempt from the overtime pay requirements of the FLSA.

Interrogatory 3.   To the best of the undersigned's knowledge, only the named parties (and to a limited extent their attorneys of record) have a financial interest in this action.

Interrogatory 4.   Plaintiff anticipates that motions for partial summary judgment may be filed by both parties respecting the degree and extent of Plaintiff's entitlement to damages.

**DATED** and respectfully submitted this ___10___ day of December, 2001.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to:

Andrew S. Hament, Esq.
Holland & Knight, L.L.P.
1499 S. Harbor City Blvd.
Suite 201
Melbourne, Florida 32901
Attorneys for Defendant

Gregory Williamson, Esq.
50 North Laura Street
Jacksonville, Florida 32202
Attorneys for Defendant

by regular U.S. Mail this ___10___ day of December, 2001.

**KATTMAN & PINAUD**
Professional Association

_____
**Donald E. Pinaud, Jr.**
Trial Counsel
Florida Bar No. 111694
4069 Atlantic Blvd.
Jacksonville, Florida 32207
(904)398-1229
(904)398-1568 - fax
Attorneys for Plaintiff