## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED

2003 JUL 21 A 11: 11

PHILLIP T. BREUER,

    Plaintiff

V.

JIM'S CONCRETE OF BREVARD, INC.,

    Defendant

                          /

CASE NO. 3:01-cv-763-J-21 ___

### ORDER

Filed herein is the parties' *Joint Motion for Approval of Proposed Settlement and Stipulated Final Judgment* (Dkt. 29). Upon review thereof, it is noted that the parties request the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. However, because the Settlement Agreement has not been submitted for the Court's review as part of the record in this case, the Court is not in a position to enforce its terms. Moreover, the record of this case has not been returned from the appeals court so that this Court does not, therefore, have jurisdiction at this point in time. Upon consideration of the foregoing, it is **ORDERED** that the motion (Dkt. 29) is *DENIED without prejudice*.[1]

**DONE AND ORDERED**, at Jacksonville, Florida, this 21st day of July, 2003.

RALPH W. NIMMONS, JR.
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record

---

[1] Upon return of the record and jurisdiction of this Court, the parties may resubmit a Stipulation **either** with the inclusion of their Settlement Agreement or without provision for the Court's retention of jurisdiction over such Agreement.

AO 72A
(Rev.8/82)

F I L E   C O P Y

Date Printed: 07/21/2003

Notice sent to:

   \_\_\_   Donald E. Pinaud Jr., Esq.
Kattman & Pinaud, P.A.
4069 Atlantic Blvd.
Jacksonville, FL  32207

3:01-cv-00763    slc

   \_\_\_   Andrew S. Hament, Esq.
Gray, Harris & Robinson, P.A.
1800 W. Hibiscus Blvd., Suite 138
P.O. Box 1870
Melbourne, FL  32902-1870

3:01-cv-00763    slc

   \_\_\_   Gregory Williamson, Esq.
Holland & Knight LLP
50 N. Laura St., Suite 3900
P.O. Box 52687
Jacksonville, FL  32201-2687

3:01-cv-00763    slc